HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Judy Gutierrez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-00067-AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE:   July 27, 2015 |
| JUDY GUTIERREZ, | TIME:   10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for July 27, 2015, may be continued to September 21, 2015 at 10:00 a.m.

Defense counsel had retained an expert and needs additional time for completion of the report.  Defense is also attempting to collect certain records and needs the requested time to acquire them.

The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  June 11, 2015 | */s/ Duce Rice*<br>DUCE RUCE<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  June 11, 2015 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JUDY GUTIERREZ |

**O R D E R**

The sentencing hearing in the above-captioned matter now set for July 27, 2015, is continued to **October 19, 2015,** at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:  June 11, 2015

_____
SENIOR DISTRICT JUDGE